# EXHIBIT A



HOME        ABOUT        FINANCIALS & FILINGS        PRESS RELEASES        CONTACT

# SOL Global Investments

Experienced Team. Driven by Performance.

        

## Tuned for performance.

SOL Global Investments is a diversified private equity firm targeting best-in-class companies that operate in ultra-high growth industries. Our team has a proven track record of identifying pioneering businesses that are poised to disrupt the status quo and take advantage of strong industry tailwinds. We are always on the lookout for exciting opportunities to augment our portfolio and drive growth across target sectors.

Our current portfolio is built on thematic trends that ensure we are always at the front of the grid. Our major holdings include investments in



the Legal U.S. Cannabis Industry, e-Sports, Electric Mobility, Health and
Wellness, and many more.

MEET THE TEAM



---

By the Numbers

# Current Facts & Figures

FINANCIALS & FILINGS

SOL Global Investments Corp. (OTCMKTS:
SOLCF) | US Dollar share price $ 0.30 +0.03
+10.29%

## 50,460,129
FULLY DILUTED COMMON SHARES

## $190,908,016
MARKET CAP

## 44,611,129
COMMON SHARES OUTSTANDING

## $0.85
SHARE PRICE (CAD)

---

# Ready to talk?

Get in touch with us. We are always interested in forward-thinking companies
and the individuals who operate them.



---

SOL GLOBAL INVESTMENTS

**TORONTO**

**SOL Global Investments Corp.**
Suite 5600, 100 King Street West
Toronto, ON, Canada
M5X 1C9

**MIAMI**

**SOL Global Investments**
1680 Michigan Avenue, Suite 817
Miami Beach, FL, 33139
United States of America

**MOST RECENT PRESS RELEASE**

> SOL Global Closes $10 Million Loan
  Facility and Reduces Outstanding
  Principal on Existing Credit Facility
  June 7, 2022

© Copyright 2012 - 2022  |  SOL Global Investment Corp  |  info@solglobal.com  |  CNSX: SOL  |  All rights reserved.