# EXHIBIT C

Case 1:22-cv-22167-KMW   Document 1-3   Entered on FLSD Docket 07/12/2022   Page 2 of 5

**ODYSSEY TRUST COMPANY** 

Inquiries: www.odysseycontact.com
P: 587.885.0960
www.odysseytrust.com

# SIMPLY BETTER BRANDS CORP.
# COMMON SHARES

ISIN: **CA82888R1055**

TRADING SYMBOL: **SBBC**

KADIRALI CHUNARA
2199 GLENMORE LN
SNELLVILLE GA 30078-5611
UNITED STATES

Holder Account Number:
**26**

Registration:
**KADIRALI CHUNARA**

UID:
**337006**

## Direct Registration (DRS) - Transaction Confirmation

**ACCOUNT BALANCE as of:** **01/25/2022**

| UNRESTRICTED DRS SECURITIES | RESTRICTED DRS SECURITIES | TOTAL DRS BALANCE |
|---|---|---|
| 0 | 15,190 | 15,190 |

**ACCOUNT ACTIVITY:**

| DATE | TRANSACTION | SOURCE | CHANGE | RESTRICTION CODE(S) | RESTRICTION EXPIRY * |
|---|---|---|---|---|---|
| 01/25/2022 | Beginning Balance | | 22,785 | | |
| 01/25/2022 | - Withdraw | COURIER | -7,595 | | |
| 01/25/2022 | Closing Balance | | 15,190 | | |

\* Restriction expiry date only applicable to restriction codes where the date appears in the text of the legend below.
  Restriction(s) details if applicable:

**For all security or account related inquiries, please visit www.odysseycontact.com and submit your request.**

IMPORTANT INFORMATION - RETAIN FOR YOUR RECORDS

This confirmation is the securityholder's record of a recent DRS security transaction affecting the above referenced account on the books of the Issuer. It reflects the registered securityholder's DRS book-entry holdings at the time of issuance. It is neither a negotiable instrument nor a security, and delivery of this confirmation does not of itself confer any rights on the recipient. It should be kept with the registered securityholder's important documents as a record of ownership of these securities. No action is required. See the attached page for more information on DRS and how to transfer or deposit DRS securities or convert existing physical securities certificates to DRS. This statement is for information purposes only. In certain cases there may be restrictions that apply to your securities in addition to those seen above. Odyssey Trust Company is not responsible for any sale of securities where restrictions apply. Please contact the Issuer for a full copy of the rights, privileges, restrictions and conditions which may be attached to the securities class represented by this confirmation.

**Please see important PRIVACY NOTICE over the page.**

# DIRECT REGISTRATION (DRS) INFORMATION SHEET

### What is DRS?

Direct Registration System (DRS) is a service in which registered securities are recorded and transferred electronically without issuing paper securities certificates. Instead, securities are held in registered book-entry form i.e. recorded electronically on the books of the issuer and maintained by Odyssey Trust Company. This form of ownership permits securityholders to hold and transfer securities more easily. Securityholders still have all the traditional rights and privileges afforded to securityholders.

### The DRS Advantage

Some of the benefits of holding your securities in DRS are as follows:
- DRS relieves you of the worry and responsibility of keeping track of valuable securities certificates, not to mention the time and expense of replacing them if they are lost, stolen or destroyed.
- DRS eliminates the maintenance cost of a secure place to keep your certificates.
- Under DRS, your traditional voting and other rights and benefits as a securityholder remain the same.
- DRS securities can be transferred quickly and easily without surrendering a certificate.
- DRS supports the Securities Industry's move towards certificate-less ownership and quicker trade settlement times.
- DRS has become the global standard for registered securities ownership.

### Tracking Your Securities

Any movement of book-entry securities into or out of your DRS account will be reported by a DRS Transaction Confirmation mailed within approximately two business days of the transaction.

### Request for Securities Certificate

To request a certificate representing all or a portion of your DRS securities at any time, complete a DRS Transaction Request Form available on our website or by contacting us (see our contact information at the top right of your DRS statement). Submit your request to Odyssey Trust Company for processing. A certificate will be mailed approximately three business days from the receipt of the request.

### Converting Certificated Securities to DRS

To convert existing physical certificates to DRS, send the physical security certificate(s) along with your DRS Transaction Request Form to Odyssey Trust Company. No endorsements are required on the certificate(s). If delivering by mail, we recommend using Registered Mail.

### Transferring your DRS Securities

Should you wish to transfer your DRS securities, please send your completed Securities Transfer Form, available on our website at www.odysseytrust.com or by contacting us directly (see top right of DRS statement for contact information), along with a copy of your DRS Statement to Odyssey Trust Company for processing. A DRS Transaction Statement (and certificates if applicable) will be mailed approximately three business days after receipt of the request. Please note that the Securities Transfer Form must be endorsed by all registered holders of the DRS position and must be Signature Guaranteed by an eligible guarantor with membership in an approved Medallion Signature Guarantee Program.

### Transferring DRS Securities To or From a Brokerage Firm or other Financial Institution

If you elect to transfer securities from your DRS account to your brokerage firm or FI, they can facilitate this request if you provide them with the following:
- Your Odyssey Holder Account Number shown on the face of your DRS statement.
- The number of securities you wish to move from your DRS position to your brokerage/FI account,
- A Securities Transfer Form, available on our website at www.odysseytrust.com or by contacting us directly, completed by you as your written directions to deposit and/or sell your securities.

If you would like to deposit all or a portion of your DRS position with a U.S. brokerage firm, they should be able to arrange this through the facilities of their correspondent Canadian brokerage firm. In this case, provide your broker with the above information and a copy of your latest DRS statement.

**PRIVACY NOTICE:** At Odyssey Trust Company, we take your privacy seriously. In the course of providing services to you we receive non-public, personal information about you. We receive this information through transactions we perform for you and through other communications with you. We may also receive information about you by virtue of your transactions with the Issuer named on the front of this statement or other parties. This information may include your name, social insurance number, securities ownership information and other related information. With respect to both to current and former securityholders, Odyssey Trust Company does not share non-public personal information with any non-affiliated third party except as necessary to process a transaction, service your account or as permitted by law. Our affiliates and outside service providers with whom we share information are legally bound not to disclose the information in any manner, unless permitted by law or other governmental process. We strive to restrict access to your personal information to those employees who need to know the information to provide our services to you, and we maintain physical, electronic and procedural safeguards to protect your personal information. Odyssey Trust Company realizes that you entrust us with confidential personal and financial information and we take that trust very seriously. A complete copy of our Privacy Code, may be accessed at www.odysseytrust.com or you may request a copy in writing to the address shown on the face of this statement.

**Transferable at the offices of Odyssey Trust Company:**

| Odyssey Transfer Services Inc. | United Kingdom Bldg | Stock Exchange Tower |
|---|---|---|
| Trader's Bank Tower | 350 - 409 Granville St | 1230 - 300 5th Ave SW |
| 702, 67 Yonge St | Vancouver BC  V6C 1T2 | Calgary AB  T2P 3C4 |
| Toronto ON  M5E 1J8 | | |

**For transfer requests delivered by mail or overnight courier, please use our Toronto office address**

**ODYSSEY TRUST COMPANY** 

Inquiries: www.odysseycontact.com
P: 587.885.0960
www.odysseytrust.com

# SIMPLY BETTER BRANDS CORP.
# COMMON SHARES

ISIN: **CA82888R1055**

TRADING SYMBOL: **SBBC**

SOL GLOBAL INVESTMENTS CORP
5600-100 KING ST W
TORONTO ON M5X 1C9

Holder Account Number: **196**

UID: **78111**

Registration: **SOL GLOBAL INVESTMENTS CORP**

## Direct Registration (DRS) - Transaction Confirmation

**ACCOUNT BALANCE as of:** 01/25/2022

| UNRESTRICTED DRS SECURITIES | RESTRICTED DRS SECURITIES | TOTAL DRS BALANCE |
|---|---|---|
| 7,595 | 0 | 7,595 |

**ACCOUNT ACTIVITY:**

| DATE | TRANSACTION | SOURCE | CHANGE | RESTRICTION CODE(S) | RESTRICTION EXPIRY * |
|---|---|---|---|---|---|
| 01/25/2022 | Beginning Balance | | 0 | | |
| 01/25/2022 | Deposit | COURIER | 7,595 | | |
| 01/25/2022 | Closing Balance | | 7,595 | | |

\* Restriction expiry date only applicable to restriction codes where the date appears in the text of the legend below.
Restriction(s) details if applicable:

**For all security or account related inquiries, please visit www.odysseycontact.com and submit your request.**

IMPORTANT INFORMATION - RETAIN FOR YOUR RECORDS

This confirmation is the securityholder's record of a recent DRS security transaction affecting the above referenced account on the books of the Issuer. It reflects the registered securityholder's DRS book-entry holdings at the time of issuance. It is neither a negotiable instrument nor a security, and delivery of this confirmation does not of itself confer any rights on the recipient. It should be kept with the registered securityholder's important documents as a record of ownership of these securities. No action is required. See the attached page for more information on DRS and how to transfer or deposit DRS securities or convert existing physical securities certificates to DRS. This statement is for information purposes only. In certain cases there may be restrictions that apply to your securities in addition to those seen above. Odyssey Trust Company is not responsible for any sale of securities where restrictions apply. Please contact the Issuer for a full copy of the rights, privileges, restrictions and conditions which may be attached to the securities class represented by this confirmation.

**Please see important PRIVACY NOTICE over the page.**

# DIRECT REGISTRATION (DRS) INFORMATION SHEET

### What is DRS?

Direct Registration System (DRS) is a service in which registered securities are recorded and transferred electronically without issuing paper securities certificates. Instead, securities are held in registered book-entry form i.e. recorded electronically on the books of the issuer and maintained by Odyssey Trust Company. This form of ownership permits securityholders to hold and transfer securities more easily. Securityholders still have all the traditional rights and privileges afforded to securityholders.

### The DRS Advantage

Some of the benefits of holding your securities in DRS are as follows:
- DRS relieves you of the worry and responsibility of keeping track of valuable securities certificates, not to mention the time and expense of replacing them if they are lost, stolen or destroyed.
- DRS eliminates the maintenance cost of a secure place to keep your certificates.
- Under DRS, your traditional voting and other rights and benefits as a securityholder remain the same.
- DRS securities can be transferred quickly and easily without surrendering a certificate.
- DRS supports the Securities Industry's move towards certificate-less ownership and quicker trade settlement times.
- DRS has become the global standard for registered securities ownership.

### Tracking Your Securities

Any movement of book-entry securities into or out of your DRS account will be reported by a DRS Transaction Confirmation mailed within approximately two business days of the transaction.

### Request for Securities Certificate

To request a certificate representing all or a portion of your DRS securities at any time, complete a DRS Transaction Request Form available on our website or by contacting us (see our contact information at the top right of your DRS statement). Submit your request to Odyssey Trust Company for processing. A certificate will be mailed approximately three business days from the receipt of the request.

### Converting Certificated Securities to DRS

To convert existing physical certificates to DRS, send the physical security certificate(s) along with your DRS Transaction Request Form to Odyssey Trust Company. No endorsements are required on the certificate(s). If delivering by mail, we recommend using Registered Mail.

### Transferring your DRS Securities

Should you wish to transfer your DRS securities, please send your completed Securities Transfer Form, available on our website at www.odysseytrust.com or by contacting us directly (see top right of DRS statement for contact information), along with a copy of your DRS Statement to Odyssey Trust Company for processing. A DRS Transaction Statement (and certificates if applicable) will be mailed approximately three business days after receipt of the request. Please note that the Securities Transfer Form must be endorsed by all registered holders of the DRS position and must be Signature Guaranteed by an eligible guarantor with membership in an approved Medallion Signature Guarantee Program.

### Transferring DRS Securities To or From a Brokerage Firm or other Financial Institution

If you elect to transfer securities from your DRS account to your brokerage firm or FI, they can facilitate this request if you provide them with the following:
- Your Odyssey Holder Account Number shown on the face of your DRS statement.
- The number of securities you wish to move from your DRS position to your brokerage/FI account,
- A Securities Transfer Form, available on our website at www.odysseytrust.com or by contacting us directly, completed by you as your written directions to deposit and/or sell your securities.

If you would like to deposit all or a portion of your DRS position with a U.S. brokerage firm, they should be able to arrange this through the facilities of their correspondent Canadian brokerage firm. In this case, provide your broker with the above information and a copy of your latest DRS statement.

**PRIVACY NOTICE:** At Odyssey Trust Company, we take your privacy seriously. In the course of providing services to you we receive non-public, personal information about you. We receive this information through transactions we perform for you and through other communications with you. We may also receive information about you by virtue of your transactions with the Issuer named on the front of this statement or other parties. This information may include your name, social insurance number, securities ownership information and other related information. With respect to both to current and former securityholders, Odyssey Trust Company does not share non-public personal information with any non-affiliated third party except as necessary to process a transaction, service your account or as permitted by law. Our affiliates and outside service providers with whom we share information are legally bound not to disclose the information in any manner, unless permitted by law or other governmental process. We strive to restrict access to your personal information to those employees who need to know the information to provide our services to you, and we maintain physical, electronic and procedural safeguards to protect your personal information. Odyssey Trust Company realizes that you entrust us with confidential personal and financial information and we take that trust very seriously. A complete copy of our Privacy Code, may be accessed at www.odysseytrust.com or you may request a copy in writing to the address shown on the face of this statement.

**Transferable at the offices of Odyssey Trust Company:**

| Odyssey Transfer Services Inc.<br>Trader's Bank Tower<br>702, 67 Yonge St<br>Toronto ON M5E 1J8 | United Kingdom Bldg<br>350 - 409 Granville St<br>Vancouver BC V6C 1T2 | Stock Exchange Tower<br>1230 - 300 5th Ave SW<br>Calgary AB T2P 3C4 |

**For transfer requests delivered by mail or overnight courier, please use our Toronto office address**