# EXHIBIT D



CURRENT DATE: JANUARY 25,2022

# TRANSACTION FEE INVOICE



**RECEIPT #: 180165**

DATE OF RECEIPT 12/24/2021 PM
TRANSACTION EFFECTIVE DATE: 01/21/2022
COMPLETION DATE: 01/21/2022 AM

**TO:** KADIRALI CHUNARA
2199 GLENMORE LN
SNELLVILLE GA 30078-5611
UNITED STATES

DTC TRANSACTION ID:

**RE:** SIMPLY BETTER BRANDS CORP. - COMMON
TRANSFER SECURITIES                 7,595

ISIN: CA82888R1055

Below are the fees associated with your recent transaction request:

```
    AMOUNT PAID FOR THIS BILL:                                      $310.00
    -------------------------


    ACTIVITY FEE CHARGES
        TRANSFER FEE                              4      0.00        $60.00
        LEGEND REMOVAL/RESTRICTED TRANSFER                           $150.00
        LEGAL TRANSFER                                               $100.00

    ==============================================================================
    SUB-TOTAL                                                        $310.00
    TOTAL                                                            $310.00
    ADVANCE APPLIED                                                    $0.00
    PAYMENT RECEIVED                                                 $310.00
    CREDITS ISSUED                                                     $0.00
    CURRENT INVOICE CHARGES                                            $0.00
```

**Payment Instructions:**

**Credit Card:** Please go to www.odysseycontact.com and select "I am...Paying an Invoice". Enter your email address, the Receipt Number above in the Invoice number field and the full amount of the Balance Owing. You will be directed to our secure payment facility to enter credit card information.

**By Cheque:** Please make cheque payable to Odyssey Trust Company for the full amount of the Balance Owing noted above and reference the Receipt Number shown above with your payment. Payment may be sent to Odyssey Trust Company at 1230 - 300 5th Ave SW, Calgary, AB, T2P 3C4.

Payment is due on receipt. Should you have any questions regarding this invoice, you may contact us at

GST Number: 778223685 RT0001

*Internal Use Only*     96092

Payment Received by: _____     Chq #: _____     Payment Amount: _____